APPEAL No. 1404. NATIONAL LUMBER & BUILDING MATERIALS CO. *v.* VINCENT RAVIELE *et al.* Heard on a Show Cause Order issued December 19, 1972 ordering plaintiff to appear on Monday, February 5, 1973, to show cause why the appeal should not be dismissed for lack of prosecution.

Ordered that plaintiff, having appeared on February 5, 1973 and showing no cause, said appeal is dismissed. *Kirshenbaum Law Offices, Inc., Allen M. Kirshenbaum,* for plaintiff. *Joseph A. Bevilacqua,* for defendants.

C. A. No. 1886. STATE *v.* CHARLES N. WHITE, JR. Motion of defendant to dismiss bill of exceptions granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *J. Joseph Nugent,* for defendant.

March 5, 1973.

M. P. No. 1750. GORDON BRYANT *v.* FOSTER-GLOCESTER REGIONAL SCHOOL COMMITTEE. Motion for leave to file supplemental memorandum denied as not timely without prejudice to the right of petitioner to raise issues in a petition to reargue. *Natale L. Urso,* for petitioner. *Bradford Gorham,* for respondents.

March 6, 1973.

EX. No. 1427. STATE *v.* HAROLD EDWARD HARRINGTON. Attorney General conceding that *State* v. *Hindle,* 108 R.I. 389, 275 A.2d 915, is controlling, defendant's bill of exceptions sustained and papers remanded to Superior Court for further proceedings. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Edward E. Dillon, Jr.,* Special Asst. Attorney General, for plaintiff. *Carmine A. Rao,* for defendant.